UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS URGILES, *on behalf of himself and others similarly situated*,

                Plaintiff,

-v-

EMERALD SERVICES CORP., *et al.*,

                Defendants.

22-CV-8906 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The parties' settlement agreement in this FLSA action is hereby approved as fair and reasonable. Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice. The Court will retain jurisdiction for any enforcement issues.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: September 1, 2023
       New York, New York

                                        _____
                                              J. PAUL OETKEN
                                            United States District Judge